IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20557
Summary Calendar
_____

HOWARD VANZANDT WILLIAMS,

Plaintiff-Appellant,

versus

MORRIS M. JONES, JR., LAWRENCE
N. HODGES, AL LOSACK, CARROL
PICKETT,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-455
- - - - - - - - - -
January 7, 1997

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Howard Vanzandt Williams appeals the district court's summary judgment in favor of the defendants in a civil rights action brought pursuant to 42 U.S.C. § 1983. Williams argues that the appellants are not qualifiedly immune from suit on the claim that they conspired to retaliate against him. We have reviewed the record and Williams' brief and conclude that

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Williams' claims are without merit for essentially the same reasons set forth by the district court.  <u>Williams v. Jones</u>, No. CA H 95-455 (S.D. Tex. Apr. 17, 1996).  Williams' appeal is frivolous and is dismissed.  5th Cir. R. 42.2.

We caution Williams that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Williams is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.